Donald W. McGrath
17 Brookview Road
Millis, MA. 01701
(508) 376-5203

MISC 06 070 ML

Donald W. McGrath, In Pro Per

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Donald W. McGrath<br><br>Plaintiff,<br>vs.<br>Richard Arsenault et al.<br><br>Defendants. | CASE NO. 87-0171<br><br>ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT |

I/We, Donald W. McGrath, plaintiff and judgment creditor in the above titled case, filed UNITED STATES DISTRICT COURT, case number 87-0171, in which judgment was entered in my/our favor on 9/10/1987 in the amount of $34,000.00 against Richard Arsenault et al., who lives or does business at 417 Adventure Trail, Virginia Beach, VA 23454, hereby acknowledge that I/We do hereby transfer and assign all right, title and interest in said judgment to Assignee, Pathfinders USA whose business address is 4045 S. Buffalo Drive, Las Vegas, NV. 89147, telephone number 1-888-302-9475. I/We authorize the ASSIGNEE to collect, compromise, settle and enforce said Judgment, and I/We do withdraw all right and claim to same.

Donald W. McGrath

Donald W. McGrath, In Pro Per, Plaintiff and Judgment Ceditor

11/10/05

Commonwealth of Massachusetts
Norfolk, ss.

On this 10th day of November, 2005, before me, the undersigned notary public, personally appeared Donald W. McGrath, proved to me through satisfactory evidence of identification, which were MA Driv Lic, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Adelaide C. Brown
Notary Public
Adelaide C. Brown
My Commission Expires On 12-11-08